UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.10-61203-CIV-O'SULLIVAN

[CONSENT]

ANGEL PEREZ and others
similarly situated,

    Plaintiffs,

v.

BRANDS MART SERVICE CORP.,

    Defendant.
_____/

## ORDER

THIS MATTER came before the Court on Plaintiff's Motion for an Order Permitting Court Supervised Notice to Employees of Their Opt-In Rights (DE # 11). The Court heard arguments from the parties on the plaintiff's motion on January 26, 2011. Having heard the arguments of counsel and having reviewed the applicable filings and the law, it is

ORDERED AND ADJUDGED that Plaintiff's Motion for an Order Permitting Court Supervised Notice to Employees of Their Opt-In Rights (DE # 11) is **DENIED**. In order for the Court to grant the plaintiff's motion, it must be satisfied that there is a reasonable basis to support the plaintiff's claims that others wish to join this lawsuit. *See Louis-Charles v. Sun-Sentinel Co.*, No. 07-80621-CIV, 2008 WL 708778, at *2 (S.D. Fla. March 14, 2008) (citing *Haynes v. Singer Co.*, 696 F.2d 884, 887 (11th Cir. 1983)). The plaintiff has the burden of providing evidentiary support for his motion. *See Grayson v.*

*K Mart Corp.*, 79 F.3d 1086, 1097 (11th Cir. 1996).  Mere arguments of counsel and the plaintiff's own opinion that others wish to join this lawsuit are not sufficient.  *See Sun-Sentinel Co.*, 2008 WL 708778, at *2 (citing *Haynes*, 696 F.2d at 887; *Horne v. United Servs. Auto. Ass'n*, 279 F. Supp. 2d 1231, 1236 (M.D. Ala. 2003)).  The plaintiff has not provided affidavits or any other evidentiary support of his motion and therefore has not met his burden of showing that there are others who want to join this action.

DONE AND ORDERED in Chambers at Miami, Florida this **26th** day of January, 2011.

*[signature]*
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies to:

All counsel of record