UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 10-61203-CIV-O'SULLIVAN
[CONSENT]

ANGEL PEREZ,

    Plaintiff,

v.

BRANDS MART SERVICE CORP.,

    Defendant.
_____/

## FINAL JUDGMENT

THIS COURT, having granted Summary Judgment in favor of the defendant, BRANDS MART SERVICE CORP., in the above-referenced matter [DE# 53, 7/28/11], hereby

**ORDERS AND ADJUDGES** as follows:

1. For the reasons expressed in this Court's separate order [DE# 53, 7/28/11] on the Defendant's Motion for Summary Judgment [DE# 39, 5/4/11], judgment is hereby entered in favor of the defendant, BRANDS MART SERVICE CORP., and against the plaintiff, ANGEL PEREZ.

2. The Clerk of the Court is directed to deny all pending motions as moot;

3. The Clerk of the Court shall close this case.

DONE AND ORDERED in Chambers at Miami, Florida, this **3rd** day of October, 2011.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided:
All counsel of record